UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED MHN
MAY 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Timothy Jones

-v-

Defendant(s) Warden McCann

08CV2614
JUDGE MANNING
MAGISTRATE JUDGE DENLOW

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Timothy Jones, declare that I am the (check appropriate box) ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Filed to the Law Library For A Motion For Councel.

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

B83715

Movant's Signature

Box 112
Street Address

Joliet, IL 60434
City/State/Zip

Date: 4/27/08

As indicated in paragraph three on the front of this form, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | John Clerkin |
|---|---|
| **Case Number** | 07-MR 07 |
| **Case Title** | Motion to withdraw on Cauncel af Appeal |
| **Appointed Attorney's Name** | Jay Wiegman |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Judge Flinn |
|---|---|
| **Case Number** | 03-CF-85 |
| **Case Title** | Pred. Crim. Sex. Asslt |
| **Appointed Attorney's Name** | Herbert Lantc Jr. |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | |
|---|---|
| **Case Number** | |
| **Case Title** | |
| **Appointed Attorney's Name** | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | |
|---|---|
| **Case Number** | |
| **Case Title** | |
| **Appointed Attorney's Name** | |
| If case is still pending, please check box: ☐ | |