MHN

FILED
5-6-2008
MAY 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Court,                           4-22-08

Can this case be looked at...
I did not hurt any child.. The Mother of the child used the court to get back at me because I wanted to leave her and Her Dad knew the court Proceeding and I was Arrested.... It was all Hear say but no one would be on my side because it is one of "THOSE CASES". The Lawyer MR LANTZ was Allowed to just lie to me, to the court to everyone. My case is not looked at. I have cancer now. And I'm about done with the sentence I would like to see that a Judge looked at this case and saw what the Randolph Co Court and my Attorney Did. Please help me!
"Thank you"
Respectfully

Timothy Jones

08CV2614
JUDGE MANNING
MAGISTRATE JUDGE DENLOW