

08CV2614

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Chief of Criminal Appeals
    Illinois Attorney General's Office
    100 West Randolph Street, 12th Floor
    Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
MAY 13 2008
Office Of The Attorney General

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0001 7313 7086

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

FILED
MAY 19 2008 PH
MAY 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT