

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
    CLERK

June 16, 2008

United States District Court
Illinois Southern District Court
P.O. Box 249
East St. Louis, IL 62202

RE: Jones v. McCann
Case No: 08-CV-2614

Dear Clerk:

Pursuant to the order entered by Honorable Blanche Manning., on May 30, 2008, the above record

■    was electronically transmitted to the USDC, Illinois Southern District Court, East St. Louis.

                                        Sincerely yours,

                                        Michael W. Dobbins, Clerk

                                        By:    /s/ Carmen Acevedo
                                               Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties